October 23, 2009

Mr. Henry John Paoli
Scott Hulse, PC
P.O. Box 99123
El Paso, TX 79999

Honorable M. Sue Kurita
County Court at Law No. 6 Judge
500 E. San Antonio, Ste. 1106
El Paso, TX 79901
Mr. John P. Mobbs
Attorney at Law
4157 Rio Bravo
El Paso, TX 79902

RE: Case Number: 08-1064
 Court of Appeals Number: 08-08-00070-CV
 Trial Court Number: 2007-558

Style: IN RE POLYMERICA, LLC D/B/A GLOBAL ENTERPRISES, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued a Per Curiam Opinion in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
|cc:|Ms. Delia |
| |Briones |
| |Ms. Denise |
| |Pacheco |